**Dismiss and Opinion Filed April 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00648-CV

### GEORGE MAAYEH AND ABRAHAM MAAYEH, Appellants
### V.
### EFFIOM ARCHIBONG AND GREEN CITY INC., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05534-B**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellants' March 30, 2016 letter seeking dismissal of this appeal and a refund of filing fees and any other fees that are properly refundable. We treat appellants' letter as a motion to dismiss, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We deny appellants' request for a refund of the filing fee or any other fees that have been assessed in this appeal. *See* TEX. R. APP. P. 5. (A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are

required by statute or Supreme Court order.)

/Carolyn Wright/

CAROLYN WRIGHT

150648F.P05

CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GEORGE MAAYEH AND ABRAHAM
MAAYEH, Appellants

No. 05-15-00648-CV     V.

EFFIOM ARCHIBONG AND GREEN
CITY INC., Appellees

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-05534-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered April 11, 2016.